1 | Kirk D. Hanson, Esq. (SBN 167920)
  | Lori J. Guthrie, Esq. (SBN 196231)
2 | GRACE HOLLIS & HANSON LLP
  | 3555 Fifth Avenue
3 | San Diego, CA 92103
  | (619) 692-0800
4 | (619) 692-0822 - Facsimile

5 | Attorneys for Plaintiff,
  | JOHN CHRISTOPHER JELLISON

7 | JACKSON LEWIS LLP
  | JAMES T. JONES (SBN 167967)
8 | JERRY J. DESCHLER, JR. (SBN 215691)
  | 801 K Street, Suite 2300
9 | Sacramento, California 95814
  | Telephone:    (916) 341-0404
10 | Facsimile:    (916) 341-0141

12 | Attorneys for Defendant,
   | TARGET CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN CHRISTOPHER JELLISON, | **CASE No. 2:08-cv-00389-MCE-EFB** |
| Plaintiff, | **STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |
| v. | |
| TARGET CORPORATION and DOES 1 through 50, inclusive, | Assigned to the Honorable Morrison C. England, Jr. |
| Defendants. | Action Filed: February 21, 2008 |
| | Trial Date:    May 3, 2010 |

IT IS HEREBY STIPULATED by and between Plaintiff, John Christopher Jellison ("Jellison"), and Defendant Target Corporation by and through their respective counsel of record, (hereinafter collectively, the "Stipulating Parties") as follows:

WHEREAS, the Court has scheduled a Mandatory Settlement Conference ("MSC") on November 13, 2008.

///

1

1   WHEREAS, Plaintiff Jellison is currently under active duty military orders until November 12, 2008 and is unavailable to commit to a deposition until after that date.

   WHEREAS, Defendant wishes to take the deposition of Plaintiff prior to the MSC.

   WHEREAS, the Stipulating Parties agree to continue the Mandatory Settlement Conference hearing to January 22, 2009 at 10:00 a.m. to permit adequate time for Defendant to take Plaintiff's deposition.

   NOW, THEREFORE, THE STIPULATING PARTIES DO HEREBY AGREE AND STIPULATE AS FOLLOWS, SUBJECT TO COURT APPROVAL:

1.   The Mandatory Settlement Conference currently set for Thursday November 13, 2008 at 10:00 a.m. with Judge Edmund F. Brennan be taken off calendar and re-scheduled to Thursday January 22, 2009 at 10:00 a.m. with Judge Edmund F. Brennan.  Confidential settlement conference statements should be submitted to the chambers of Judge Edmund F. Brennan no later than January 15, 2009.

2.   This Stipulation may be signed in counterparts, each of which so executed shall irrespective of the date of its execution and delivery be deemed an original, and all such counterparts together shall constitute the same instrument; and

3.   Facsimile signatures shall have the same force and effect as original signatures.

DATED: October ___, 2008          GRACE HOLLIS & HANSON LLP


                                  By:   /s/ Lori J. Guthrie
                                        Lori J. Guthrie, Esq.
                                        Attorneys for Plaintiff


DATED: October ___, 2008          JACKSON LEWIS LLP


                                  By:   /s/ Jerry J. Deschler, Jr.
                                        Jerry J. Deschler, Jr., Esq.
                                        Attorneys for Target Corporation

/ / /

**ORDER**

The Court, having reviewed the foregoing Stipulation and good cause appearing therefore, orders as follows:

1. The stipulation is granted.

2. The Mandatory Settlement Conference for this matter is continued from November 13, 2008 to January 22, 2009 at 10:00 a.m. with Judge Edmund F. Brennan.

3. Confidential settlement conference statements should be submitted to the chambers of Judge Edmund F. Brennan no later than January 15, 2009.

**IT IS SO ORDERED.**

Dated: October 22, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE