IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CHRISTOPHER JELLISON,

      Plaintiff,                        No. CIV S-08-0389 MCE EFB

    vs.

TARGET CORPORATION,           ORDER RE SETTLEMENT & DISPOSITION

      Defendant.
_____/

      Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on January 22, 2009, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than thirty (30) days from the date of this order.

      All hearing dates set in this matter are **VACATED.**

////

////

////

////

////

1

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2    <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3    <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4        IT IS SO ORDERED.
5        DATED: January 23, 2009.

    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE