1 | GRACE HOLLIS HANSON LLP
KIRK D. HANSON (SBN 167920)
2 | LORI J. GUTHRIE (SBN 196231)
3555 Fifth Avenue
3 | San Diego, California 92103
Telephone: (619) 692-0800
4 | Facsimile: (619) 692-0822
Attorneys for Plaintiff
5 | JOHN CHRISTOPHER JELLISON

7 | JACKSON LEWIS LLP
JAMES T. JONES (SBN 167967)
8 | JERRY J. DESCHLER, JR. (SBN 215691)
801 K Street, Suite 2300
9 | Sacramento, California 95814
Telephone: (916) 341-0404
10 | Facsimile: (916) 341-0141
Attorneys for Defendant
11 | TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

SACRAMENTO DIVISION

| | |
|---|---|
| JOHN CHRISTOPHER JELLISON,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:08-CV-00389-MCE-EFB<br><br>**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE;**<br><br>**ORDER**<br><br>Complaint Filed: February 21, 2008 |

TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

Plaintiff JOHN CHRISTOPHER JELLISON ("Plaintiff") and Defendant TARGET CORPORATION ("Defendant") hereby stipulate as follows:

///

1

| | |
|---|---|
| 1 | The parties have entered into a Confidential Settlement Agreement whereby Plaintiff has agreed to dismiss all claims with prejudice against Defendant, each party to bear his or its own attorneys' fees and costs. |

The parties have entered into a Confidential Settlement Agreement whereby Plaintiff has agreed to dismiss all claims with prejudice against Defendant, each party to bear his or its own attorneys' fees and costs.

As a result of the Confidential Settlement Agreement, the parties stipulate and request that the Court enter its Order dismissing all claims with prejudice.

IT IS SO STIPULATED:

GRACE HOLLIS HANSON LLP

Date: 02/16/09          */s/ Lori Guthrie*
                        LORI J. GUTHRIE
                        Attorneys for Plaintiff
                        JOHN CHRISTOPHER JELLISON

JACKSON LEWIS LLP

Date: 02/12/09          */s/ Jerry J. Deschler, Jr.*
                        JERRY J. DESCHLER, JR.
                        Attorneys for Defendant
                        TARGET CORPORATION

**IT IS SO ORDERED:** This matter is dismissed with prejudice. Each party will bear his or its own costs and attorneys' fees.

The Clerk is directed to close the file.

Date: March 18, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

H:\T\Target\Jellison (122170)\Pleadings\011 Stipulation for Dismissal.doc